**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. JRR-23-257** |
| | * | |
| **LARRY VICKERS,** | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\***

**MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL**

The United States of America, by and through undersigned counsel, hereby files this motion to file its sentencing memorandum (the "Sentencing Memorandum") under seal. In support of this motion, the Government states as follows:

1. The Sentencing Memorandum contains confidential information, and no reasonable alternatives to sealing are available. Specifically, redaction of sensitive portions of the Sentencing Memorandum would render the documents substantially unreadable and would compromise counsel's ability to convey important information relevant to this case. Additionally, the interests in sealing outweigh the interests of disclosure on the docket. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (describing standards for sealing)

2. Counsel will file a hard copy of the Sentencing Memorandum with the Court (pursuant to Standing Order 2025-04) and intends to serve defense counsel with copies of the Sentencing Memorandum in compliance with Fed. R. Crim. P. 49(a)(3)(B) or (a)(4).

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's Motion to File Sentencing Memorandum Under Seal.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/s/_____

Patricia McLane
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
(410) 209-4800
Patricia.McLane@usdoj.gov