The Law Offices Of
GERALD C. RUTER
PROFESSIONAL CORPORATION

9411 Philadelphia Road, Suite O
Baltimore, Maryland 21237
(410) 238-8000
Fax: (410) 238-0597
E-Mail: ruterlaw@verizon.net

August 28, 2026

Honorable Julie R. Rubin
United States District Judge
101 W. Lombard Street
Baltimore, Maryland 21201

**Re: United States v. Larry Allen Vickers**
**Case No. JRR-23-257**

Dear Judge Rubin:

I write to request the Court to hear from one additional character witness, Retired Army Sergeant Major, Bruce Goss, who has known Mr. Vickers for over two decades and served in the Armed Service with him for over 10 years.

As with other character witnesses, he would speak for no more than 5 minutes. This would bring the total number of people speaking of Mr. Vickers' character to eight.

The defense would anticipate approximately one hour to present its position on sentencing.

Respectfully Submitted,

/s/ Gerald C. Ruter
___________________________________
Gerald C. Ruter

Submitted by CM/ECF to all counsel of record